**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**SECURED CAPITAL GROUP, LLC,**

    **Plaintiff,**

**v.**                                                                          **Case No. 3:25cv610-MCR-HTC**

**PENSACOLA HERITAGE**
**INVESTMENTS, LLC, et al.,**

    **Defendants.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on December 12, 2025, ECF No. 65. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely field objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 65, is adopted and incorporated by reference in this Order.

2.  Secured Capital's Motion to Strike Answer and Grant Default Judgment for Perjury and Discovery Abuse, and in the Alternative, Motion for Summary Judgment, ECF Nos. 46, 47, & 48, is GRANTED to the extent that:

(a)  Defendants' answer, ECF No. 21, is STRICKEN;

(b)  an appropriate sanction for Defendants' litigation misconduct is to enter default judgment on all of Secured Capital's claims;

(c)  Secured Capital is entitled to $2,488,500 in compensatory damages;

(d)  this matter is referred to the assigned Magistrate Judge to conduct further proceedings, including a hearing, to determine the amount of punitive damages, as well as reasonable attorney's fees and costs, that Secured Capital should be awarded.

3.  Defendants' Motion for Leave to File Amended Answer, ECF Nos. 54 & 55, is DENIED.

**DONE AND ORDERED** this 1st day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv610-MCR-HTC