**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**SECURED CAPITAL GROUP, LLC,**

**Plaintiff,**

**v.** **Case No. 3:25cv610-MCR-HTC**

**PENSACOLA HERITAGE INVESTMENTS, LLC, et al.,**

**Defendants.**
_________________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation on July 24, 2026 (ECF No. 78). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 78) is adopted and incorporated by reference in this Order.

2. Secured Capital is awarded punitive damages of $500,000.

3. The clerk is directed to enter a final judgment in favor of Secured Capital in the total amount of $2,988,500, consisting of $2,488,500 in compensatory damages and $500,000 in punitive damages, and close the file.

**DONE AND ORDERED** this 28th day of August 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**